## ORDER

In the Matter of ELAINE SEDERLUND, an attorney at law.

May 12, 1987. ELAINE SEDERLUND of JERSEY CITY, who was admitted to the bar of this State in 1978, having tendered her consent to a disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that ELAINE SEDERLUND of JERSEY CITY is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that she be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent continue to comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended and disbarred attorneys.